UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

DANIEL SCHRAMM,

                                       Plaintiff,

               -against-

THE CITY OF NEW YORK et al.,

                                Defendants.

**NOTICE OF
APPEARANCE**

07 CV 7494 (KMK)(JCF)

This document has been
electronically filed.

------------------------------------------------------------------------X

            **PLEASE TAKE NOTICE** that **Curt P. Beck, Esq.**, Special Assistant Corporation

Counsel, appears as counsel of record on behalf of the Corporation Counsel of the City of New

York, Michael A. Cardozo, attorney for defendant The City of New York, effective October 5,

2007.

Dated: New York, New York
       October 5, 2007

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the City of New York
                            Attorney for Defendant City of New York
                            100 Church Street
                            Room 3-140
                            New York, New York 10007
                            (212) 676 1395

               By: _____
                       Curt P. Beck (CB 1766)
                       Special Assistant Corporation Counsel