AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7494 (KMK)(JCF)    Date Filed 10/23/07

Plaintiff:
**DANIEL SCHRAMM**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **GLENN CASEY, 41ST Precinct, 1035 Longwood Ave., Bronx, NY 10459.**

I, ERIC SANCHEZ, being duly sworn, depose and say that on the **28th day of September** at **6:30 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.   **Individual Practices of USDJ Kenneth M. Karas**;
2.   **Individual Practices of USDJ James C. Francis**;
3.   **USDC/SDNY Instructions for Filing an Electronic Case or Appeal**;
4.   **USDC/SDNY Procedures for Electronic Case Filing**;
5.   **USDC/SDNY Guidelines for Electronic Case Filing**;
to P.O. Torres, who is a person of suitable age and discretion at the actual place of business, described within. On 10/01/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Timothy Kraft** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: Hispanic American, Height: 5"6, Weight: 150, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

ERIC SANCHEZ

Sworn to before me this
2nd day of October, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09