AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7494 (KMK)(JCF)                    Date Filed 10/23/07

Plaintiff:
**DANIEL SCHRAMM**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **INSPECTOR THOMAS DIRUSSO, Firearms Suppression Division, 104 E. 107th Street, 3rd floor. New York, NY 10029.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **12th day of October** at **9:28 am**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.  **Individual Practices of USDJ Kenneth M. Karas;**
2.  **Individual Practices of USDJ James C. Francis;**
3.  **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
4.  **USDC/SDNY Procedures for Electronic Case Filing;**
5.  **USDC/SDNY Guidelines for Electronic Case Filing;**

to Sgt. Daniel Chiarantal, who is a person of suitable age and discretion at the actual place of business, described within. On 10/12/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Inspector Thomas Dirusso** at the address noted above.

**Description** of Person Served: Age: 40-45, Sex: M, Race/Skin Color: Caucasian, Height: 5"8, Weight: 155, Hair: Blond, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
14nd day of October, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09
